December 10, 2019

Honorable Solomon Cliver, Jr.
United States District Court
801 West Superior Ave.
Cleveland, OH  44113

Re:  Frank Altieri

Your Honor,

Thank you for this opportunity to write a character letter on my son's behalf.

My name is Annamaria Morreale-Samson and I am Frank Altieri's mother.  I NEVER in a million years would have thought that I would be writing a Judge for any reason.

Your Honor, I need for you to know that my son is a gentle, kind, funny, and thoughtful human being, to say the least, and to know him, is to love him. His entire life, he has never wanted or expected anything that we couldn't provide and most times it was just the bare necessities. Since he was a small child he has always had a love for animals, especially dogs. We were not even allowed to swat flies or kill ants because he would say they were God's creatures. His empathy and caring nature even carried over as an adult. My son worked very hard to get into nursing school, to follow my footsteps.

These past 8 months have been excruciating for my entire family, but especially for me, because he is my son! He has accepted responsibility for his choices and has expressed remorse for his actions. He's not much of a conversationalist, but I see a humble person when we visit. He hasn't shared any information with any of his close friends, because I am sure he is embarrassed and ashamed. Since this has happened, I have prayed endlessly for my son, his attorney, the prosecutor and especially for you Your Honor, that you all would see what I see in him. My son is a wonderful, respectful, caring young man that made a huge mistake. Frankie has a lot of potential and he's also very intelligent, but he lacks in self-confidence. He's a selfless person that puts others before himself. He would help anyone that needed it, without question.

Your honor, I am respectfully asking, but I'm not too proud to beg you for leniency for my son. We do not make light of these charges. My son made a very poor choice and I have seen the emotional and physical effects to him personally. I'm asking, if at all possible, to please not let that mistake haunt him for the rest of his life. He has complied with the rules of his supervision provided by his probation officer and also attends daily NA meetings. He has NEVER been in trouble before, he is college educated, and God willing, will have a bright future ahead of him.

Even before our divorce, his father never spent any time with him, so Frankie never had a strong positive male role model. His father and I separated when Frankie was in sixth grade. His father insisted that the divorce decree state "Liberal Visitation". To most that would mean that he wanted to see him often, but I knew it meant not at all, and that's exactly what happened! I know my son has been highly



affected by this and unfortunately found acceptance in the wrong place.  He needs direction so; I'm asking if you would please have mercy on him.  I have faith that with the courts help, my son will be an even better person and will have learned from this horrible mistake.  I'm asking as a mother who loves her son with every ounce of my being.  Please Your Honor, it would mean everything if he could feel that someone thought he is worth it!

Respectfully,

Annamaria Morreale-Samson

December 15, 2019

The Honorable Judge Solomon Oliver, Jr.
Carl B. Stokes United States Court House
Northern District of Ohio
801 West Superior Avenue, Courtroom 17A

Cleveland, Ohio 44113-1838


Character Reference letter for: Frank Louis Altieri

Dear Judge Oliver,

I am writing this letter on behalf of my son Frank L. Altieri. I can only tell you my perspective of my son and be as objective as possible. Frank has been and always will be a caring and giving person, but tends to be on the lazy side...The path of least resistance. He has been part of me his entire life, yet only the past 3 years been involved with my business. I feel responsible somewhat for his actions. I failed Frank as a father! I will not make that mistake again.

I will not give up on my son, if anything the opposite. Firm and persistent I will be. His mother raised Frank, and I financially supported Frank. Frank made a bad decision that he and I will live with for the rest of his life. ,

I am a U.S.N. Veteran, I own my own business. I am asking you to use your acumen and be fair.

Frank is an asset to me and my business, I will miss him dearly. I am hoping he will continue his education to conform to the automobile industry while incarcerated. Also get help with his not opening up to anyone, he is very "tight - lipped" and refuses to open up. I want to be the person he opens up to.

Upon his release he will resume his position in my company. We are all aware of the adage "Actions speak louder than words" I will make a covenant with the Court if I may. Please have leniency with Frank, and I will do my diligence as a parent and an employer to ensure his rehabilitation and his righteous path.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I stand ready to offer further support to Frank as he may require.

I am no John Updike, but I hope I expressed my references to you in the best possible manner. Thank you for your consideration.

Respectfully,

Carl L. Altieri

EXHIBIT
B-2

December 13, 2019

Hon. Solomon Oliver, Jr.
United State District Court
801 West Superior Ave
Cleveland, Ohio 44113

RE: Character Reference Letter for Frank Altieri

Your Honor:

Thank you for taking the time to read my letter today! My name is Carla Altieri and I am writing in reference of my younger brother, Frankie Altieri. I am 30 years young, currently living in New York City with my Fiancé and I work full time as a Recruiter for a top Retail Company. I have lived in New York for close to 8 years now. Prior to moving to New York, I lived in Orlando, FL where I graduated with my Business degree in Marketing from the University of Central Florida.

As most sisters, I never imagined a day where I would be writing on behalf of my little brother's character to present to yourself, your honor. Now, don't get me wrong, as an older sister to a younger brother we have had many instances in our relationship where we didn't see eye to eye and would bicker. Whether that was when he and his friends would prank me or simply being the annoying brother who refused to pick me up from the airport whenever I came into town for a weekend.

There is not a single ounce of me that wouldn't consider him to be one of the best people I know. His heart is and has always been so big. A sweet, sensitive, trusting, loveable, intelligent (way book smarter than I could ever be) and very funny. Trust me, there are times of selfishness that he chose during our relationship and will continue to as we are all human. But the list I just mentioned will always overpower any other tendencies. We are god parents to our little cousin who recently turned 7. He has never missed an opportunity to spend time with him. Sports games, holidays, birthdays, random days. Frankie always FaceTime's me and reminds him of me to help me feel included in those moments I usually am missing out on without me having to ask (most of the time). For our godson, Dante, he looks up to Frankie whether he fully understands it at his age or not. Simultaneously, this is Frankie's first, real opportunity to be a role model to someone. I know that Dante is equally as important to Frankie and I can't help but imagine how tough Frankie is being on himself thinking about how this decision and hiccup in his life could impact this little guy.

This is my brother, the genuinely good-hearted individual who can also be the annoying younger brother at times and will never expect anything from anyone. He is not this person who made this mistake. Poor judgment was had on his part and everyday for the last 8 months he has suffered. He has had over 5,000 hours to think about what he did and live out his remorse. As the good person that he is, he will learn from his mistake. From the last 8 months and truly forever. This will be something he will never forget. As I know, and the important people in Frankie's life will share, he will be the hardest on himself for this. He will want to take this burden on himself and not ever ask anyone for anything however he should ask



for support. And with knowing that, I am optimistic you can take into consideration all the good he has lived in his 26 years and not pay 2-3 years somewhere where he can't live out each day to reset from his mistake and move on. He is a sensitive soul who made a poor decision. As his older sister, I would not be fulfilling my job of watching after him and supporting his character by holding back my thoughts with you today, your honor.

Should you have any questions or would like to speak directly, I can be reached at any time. Thank you for your time and consideration!

Sincerely,

Carla Altieri
754.235.6305
CarlaMAltieri@gmail.com

December 11, 2019


Honorable Solomon Oliver, Jr.
United States District Court
801 West Superior Ave.
Cleveland, OH  44113

Re: Frank Altieri

Your Honor,

My name is Glenn Samson, Frankie's stepfather. Thank you for letting me write this letter to you on behalf of Frankie. I am a retired Firefighter Paramedic with the City of Davie Florida. I retired as a Battalion Chief after 26 years of service, holding the position of Fire Training Chief For the last six years of my career. Having held this position, I have interacted with many young people living their dream and becoming a professional Firefighter/Paramedic. Although they all had the dream of becoming a Firefighter/Paramedic, not all had the passion and many failed in doing so. My observation over the years was that the one's that succeeded in doing so had either a mentor and/or the ability in following good direction.

You're Honor you may be asking yourself why I'm telling you this and it is because I believe Frankie was lacking a mentor and someone to give him the direction he needed to start out in life.

I met Anna, Frankie's Mother in the year 2008 when he was just 16 years old. Anna a divorced single mom was working at Home Depot going to college in becoming a Nurse and maintaining a household that needed some repair. Falling in love with Anna I tried to help her with any household chores and repairs. While doing these things for her I noticed that Frankie did not show much interest in helping or getting involved. I also noticed that I would never see Frankie's father come around to visit and/or interact with him. I tried several times to get Frankie to help with the work that needed to be done, hoping he would take the initiative in doing so without being told, but although he would always help when asked he would not do it on his own.

My personal feeling is that Frankie was lacking a father figure for several years prior to me entering their life and was not looking for me to play that role and/or expecting any change from his father. He was a typical teenager that likes to play Xbox, not work and not be told what to do, while not wanting to cause friction in our relationship; I did not push any issues. Thinking back, I wish I had pushed a little harder with him pulling his weight around the house. Even though Frankie was lacking in doing physical work he was not lazy when it came to his academics, he was a very good student in High School and College, don't get me wrong, he could have worked even harder and the possibilities could have been endless.

Your Honor, Frankie is a good person with a big heart; he doesn't have a mean bone in his body. He's caring, sensitive and loving. One memory and an example I have is when my father went into the hospital for a heart valve replacement. My father 86 years old did not do well with the surgery and



EXHIBIT
B-4

became sepsis passing after two weeks. Frankie loved my father like he was his grandfather and wept at his bedside during his passing; he took that hard and showed how loving and sensitive he was.

Your Honor, I feel it's not too late for Frankie to get the mentorship and direction needed to change his behavior. With your help I feel we all can work in making this happen for him. He needs to feel what it's like to work hard and get rewarded for it. That with hard work good things can happen, even after making mistakes like the one he's facing now. We need to help Frankie find his dream and to help him succeed in making it come true.

Sincerely,

Glen Samson

Genevieve Zapata
6106 Amberwoods Drive
Boca Raton, FL 33413
gendemeglio@gmail.com

December 18, 2019

To:  The Honorable Judge Solomon Oliver Jr.

I am writing this letter on behalf of Frank Altieri, which I have known for at least 12 years. I was very surprised to hear that he was involved in this situation. He is aware of the severity of the charges but I hope the court shows him some leniency.

Since I met Frank, he has always been respectful, kind and was brought up with good manners. He cooks and cleans up every night as well as he helps his Dad out at work daily. I've seen him at work and he's very professional and the customers love him. He went to the university, obtained a degree but also managed to take the time to learn his father's business. Frank is smart and he's helped the business grow.

Frank is also family-oriented. He comes out with a smile, makes jokes and has fun with the kids. He is like a brother to me.

Frank is a good person and it hurts me to see him in this situation but unfortunately he made a poor choice.  I do believe that he is ready to take responsibility for his actions and I think that he will emerge as an even better person. He is upset with himself for making such a horrible mistake.

I do hope the court takes this letter into consideration at the time of sentencing.

Sincerely,

Genevieve Zapata


EXHIBIT
B-5

December 12, 2019

The Honorable Solomon Oliver, Jr.
United States District Court
801 West Superior Ave.
Cleveland, Ohio 44113

Re. Frank Altieri,

Your Honor,

Thank you for allowing me the opportunity to write a letter of character on behalf of my nephew, Frank Altieri.

My name is Salvatrice Sally Sorge, I am Frank Altieri's aunt, his mother's sister. I realize that you see Frank Altieri as a young adult that committed an offense. My family and I see him as a young adult that is kind, loving, compassionate, and deeply sorry for making a very poor decision.

Frank is a 26 year old with a bachelor's degree. He worked very hard through high school and college. Unfortunately it appears that because he lacked a male adult roll model in his early teens he made a mistake that will change the rest of his life. In no way am I putting all of the blame on someone else however, he did not have the guidance needed to take the right path.

When Frank came over this past Thanksgiving for dinner, my nephew did not seem his happy self. I saw someone that is sad and a little distant. Someone, who is anxiously awaiting his sentencing and pondering what his future entails.

Frank is not only my nephew, but he is also my son's godfather. From day one, Frank has held his side of the bargain. He has never missed his birthday or Christmas. He takes every opportunity to spend quality time with him. We also trust Frank enough to watch our animals in our home when we go on vacation. He is a very loving and caring person.

EXHIBIT
B-6

As a family we hope and pray that you look at Frank Altieri as an individual and not just another number. He has no previous record, is deeply remorseful about his decision and is ready to move forward from his poor decision making. Frank has a family that loves him and is helping him realize that there will be life beyond this. I do believe that Frank has to have consequences for his actions, but I do not believe jail time is the right choice for him. He is already a changed person. My family is hoping that the fun, loving, happy person will be back one day.

Thank you for taking the time to read this and look at Frank as an individual. There is not a one size fits all for sentencing.


Sincerely,

Salvatrice Sally Sorge



U.S. Coast Guard Documentation
Preferred Ship Mortgages

Office (954) 366-1362
Fax (954) 366-1734

December 01, 2019

The Honorable Solomon Oliver, Jr.
United States District Court
801 West Superior Ave.
Cleveland, Oh. 44113

Re:  Frank L. Altieri

Your Honor,

I am writing this letter to you, in the hopes that it may help the court in deciding leniency on the sentencing guidelines, that will be rendered and bestowed upon Frank L. Altieri.

I have known Frankie since 1997 when he was 4 years old, and a Pre-K 4 student at St. Coleman's Catholic School. Frankie, and my son Peter became best friends at that time and remained best friends throughout 1C years at St. Coleman's and all four years of high school, at Cardinal Gibbons Catholic High School, graduating together in 2011. They even went on to college together at Florida Atlantic University, where they both graduated, although with different degrees and in fact, even to this day remain the best of friends.

I spent a lot of time with Frankie through the years, as I was always the Homeroom Mother and the liaison for the Altar Server Program between the School and the Church. Frankie was never in any trouble and was nothing but a good, polite, honest kind boy.

Frankie also spent a great deal of time in my home and with my family, as Peter was an only child. I always considered Frankie to be like my second son and a brother to Peter. Never once, did I ever have a problem with Frankie.

As the years went on and passed, Frankie has remained in our lives and I have never known him to be anything other than a fine young man of good moral values and character. He never forgets to call me



EXHIBIT

B-7

on my Birthday, or to wish me Happy Mother's Day, even though I am not his mother. We have a lifelong bond that will remain, even through this unpleasant experience.

As I sit here composing this letter, I am in total disbelief of the predicament that he is in. Frank has never been in any trouble ever and this is certainly the first time and I am sure, the last time he ever will be.

Yes, he allegedly made a questionable decision and is aware and accepting of the consequences that will be rendered for his actions. Sometimes even good people end up in bad situations.

In conclusion your Honor, there is no question, doubt or uncertainty in my mind of the kind of person that Frank Altieri is, and that he is remorseful of the situation he has put himself in and that at this particular point and place in life, is not where he wants to be or even where he belongs and that he is worthy of the Courts' leniency for his role in this unfortunate situation.

Your Honor, i wish I could express to you how strongly I feel about Frank Altieri and the kind of person whom I know him to be, but I also know that words alone on a piece of paper cannot convey the sincerity, in which I am writing.

At your convenience and discretion, I would be happy to speak with you personally on the telephone or would even be willing to fly to Ohio to meet with you in person, on behalf of Frank Altieri.

I remain yours truly,

Lisa S. Troccoli

December 13, 2019

Hon. Solomon Oliver, Jr.
United State District Court
801 West Superior Ave
Cleveland, Ohio 44113

RE: Character Reference Letter for Frank Altieri

Your Honor:

I am writing you in reference to the outstanding character of a dear friend, Frank Altieri, who faces sentencing before your court.

I have had the pleasure of knowing Frank for over 15 years and while many circumstances may have changed over the years, one thing has always remained the same and that is Frank's heart, love for his friends and family, and desire to evolve and grow as a young man.

Frank has always been the type of person to give you the shirt off of his back and is always there to offer support for his family and friends. There a numerous examples of Frank's heart of gold that I can point to but simply put he is one of the most good-hearted people that I have had the pleasure of knowing throughout my life.

While Frank's current situation is indeed an unfortunate misstep in his path of progress, I am confident that in his heart there was absolutely no harm intended and improper influence clouded his vision.

I consider myself to be a good judge of character as in my career I have been tasked with growing teams for organizations with roles that ranged from entry level to senior management. I truly believe that integrity, trust and goodwill are extremely difficult to be taught and some people just possess these traits innately. Frank Altieri is undoubtedly one of those persons.

You can be certain of Frank's sincerity for this wrongdoing and I do hope that your court seriously considers who Frank is as a whole rather than this one moment in time. I would be shocked and disappointed to hear that our justice system is in place for individuals such as Frank Altieri because it is hard to find a more good-hearted person than him.

Thank you very much in taking the time to read this letter and I would be happy to discuss anything mentioned within further should you inquire.

Sincerely,

Vincent Balsamo



EXHIBIT

tabbies®

B-8